**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CRAIG CLIFFORD BUSCH,
            *Petitioner-Appellant,*

v.

JEANNE S. WOODFORD, in her
capacity as Director of the
California Department of
Corrections; JOSEPH L. MCGRATH,
Warden, in his capacity as
Warden, Pelican Bay State Prison,
            *Respondents-Appellees.*

No. 06-16154

D.C. No.
CV-04-04157-MJJ
Northern District
of California,
San Francisco

ORDER

Filed November 13, 2007

Before: J. Clifford Wallace, Richard D. Cudahy,* and
M. Margaret McKeown, Circuit Judges.

## ORDER

The opinion filed on August 29, 2007 is hereby withdrawn. Appellant's Petition for Panel Rehearing and for Modification of Published Opinion is rendered moot. A modified opinion will be filed at a later date.

---

*The Honorable Richard D. Cudahy, Senior United States Circuit Judge for the Seventh Circuit, sitting by designation.

14791

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.